**John FLADGER, Appellant**

v.

**PENNSYLVANIA DEPARTMENT OF CORRECTIONS; Records Supervisor, Joseph Chiumento at S.C.I. Waymart, Appellees.**

Supreme Court of Pennsylvania.

June 23, 2006.

***ORDER***

PER CURIAM.

**AND NOW,** this 23rd day of June, 2006, the above appeal is quashed for failure to file a brief.